IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19-CR-3036 |
| vs. | |
| ROBERT LEE WRIGHT, | ORDER |
| Defendant. | |

The defendant, Robert Lee Wright, objects (filing 44) to the Findings and Recommendation (filing 35) of the Magistrate Judge, recommending that the defendant's Motion to Suppress (filing 24) be denied in its entirety. The Court conducted a de novo review of the motion to suppress, pursuant to 28 U.S.C. § 636(b)(1). The court concurs in the Magistrate Judge's factual findings and legal analysis. *See* filing 35. The Court therefore finds the defendant's objection to be without merit, and will adopt the Magistrate Judge's Findings and Recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 35) are adopted.

2. The defendant's objection (filing 44) is overruled.

3. The defendant's motion to suppress (filing 24) is denied.

Dated this 30th day of October, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge