IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:19CR3036** |
| vs. | |
| ROBERT LEE WRIGHT, | **ORDER** |
| Defendant. | |

Defendant has moved to continue the pretrial motion deadline, (Filing No. 64), because Defendant needs to consider and decide whether to enter a guilty plea before deciding whether to file pretrial motions. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 64), is granted.

2) Pretrial motions and briefs shall be filed on or before May 8, 2020.

1) The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on June 15, 2020, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

2) For the reasons stated in in Defendant's motion and in General Orders 2020-04 and 2020-05 regarding continuances due to Novel Coronavirus and COVID-19 Disease, the court finds the ends of justice and public health considerations served by continuing the trial outweigh the interests of the public and the defendant in a speedy trial, and the time between today's date and May 8, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel

have been duly diligent, additional time is needed to adequately prepare this case for trial and to protect the public, court, parties, and counsel from illness. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 30, 2020.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge